1

JS-6

2

3

4

5

6

7

8

9

10

11

12

13

14

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

15

16   POMWONDERFUL LLC, a Delaware
     limited liability company,

17           Plaintiff,

18      vs.

19   MOM BRANDS COMPANY, a
     Minnesota company; and DOES 1
20   through 10,

21           Defendants.

Case No. CV13-02745 DMG (MAXx)

**ORDER RE STIPULATION TO
DISMISS ENTIRE CASE [11]**

22

23

24

25

26

27

28

{076318.1}

1    Based on Plaintiff's POMWONDERFUL LLC and Defendant's MOM

2  BRAND COMPANY (collectively "the Parties") Stipulation for Dismissal, it is

3  hereby ordered that pursuant to a settlement agreement entered into by the Parties,

4  all claims are dismissed without prejudice.  Each Party will bear its own costs and

5  fees.

6

7    IT IS SO ORDERED.

8

9

10  DATED:  July 12, 2013

11

12                                 _____

13                                 Dolly M. Gee
                                   United States District Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28