JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| POMWONDERFUL LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MOM BRANDS COMPANY, a Minnesota company; and DOES 1 through 10,<br><br>　　　　Defendants. | Case No. CV13-02745 DMG (MAXx)<br><br>**ORDER RE STIPULATION TO DISMISS ENTIRE CASE [11]** |

{076318.1}

1   Based on Plaintiff's POMWONDERFUL LLC and Defendant's MOM
2  BRAND COMPANY (collectively "the Parties") Stipulation for Dismissal, it is
3  hereby ordered that pursuant to a settlement agreement entered into by the Parties,
4  all claims are dismissed without prejudice.  Each Party will bear its own costs and
5  fees.

7   IT IS SO ORDERED.

10  DATED:  July 12, 2013

_____
Dolly M. Gee
United States District Judge

{076318.1}                                  1
ORDER RE STIPULATION TO DISMISS ENTIRE CASE